UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61743-LEIBOWITZ/Augustin-Birch

SNOGO LLC,

    *Plaintiff,*

v.

EZ GO LLC,

    *Defendant.*

_____/

NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **Thursday, April 4, 2024 at 10:00 a.m.** on Defendant's Motion to Set Aside Clerk's Entry of Default [ECF No. 17]. Counsel of record must appear in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Ft. Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of March, 2024.



_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record