UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SNOGO, LLC,

    Plaintiff,

v.

EZ GO, LLC,

    Defendant.
_____/

Case No.: 0:23-cv-61743-RS

**MOTION TO WITHDRAW AS COUNSEL**

Angelica T. Aminov hereby moves to withdraw as counsel of record for Defendant EZ GO, LLC ("Defendant"). The grounds for this motion are as follows:

1. The undersigned is no longer with the law firm of Tarter Krinsky & Drogin, LLP (the "Firm"). The Firm will continue its representation of Defendant.

2. The undersigned's withdrawal as counsel will not cause any undue delay or prejudice to the proceedings in this case.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter an Order as soon as possible relieving undersigned counsel of all further duties in this action and on behalf of Defendant.

Dated: April 3, 2024

Respectfully submitted,

/s/ Angelica T. Aminov
Angelica T. Aminova, Esq.
Florida Bar No.: 1032282

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via the Court's CM/ECF system, this 3rd day of April, 2024: to

*Counsel for Plaintiff*

**Stewart D. Cables** (*pro hac vice*)
Hassan + Cables, LLC
1035 Pearl St., Suite 200
Boulder, CO 80302
303-625-1025
Email: stewart@hassancables.com

**Richard Charles Wolfe**
Wolfe Law Miami, P.A.
175 SW 7 Street
Suite 2410
Miami, FL 33130
305-384-7371
Email: rwolfe@wolfelawmiami.com

By: /s/ Angelica T. Aminov