**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  0:23-cv-61743-LEIBOWITZ**

**SNOGO, LLC**,

     *Plaintiff,*

v.

**EZ GO, LLC**,

     *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on the Motion to Withdraw as Attorney (the "Motion") [ECF No. 29], filed April 3, 2024, by Angelica T. Aminov, Esq., counsel for Defendant.  Ms. Aminov failed to appear before this Court on April 4, 2024, for a noticed hearing on Defendant's Motion to Set Aside Default Judgment [ECF No. 17].

In her Motion, Ms. Aminov represented to the Court that her former law firm, Tarter Krinsky & Drogin, LLP, would continue to represent Defendant in this action, and that no delay would be caused by her withdrawal.  Yet, no counsel from the firm appeared at today's hearing, forcing the Court to reschedule and wasting the Court's time.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Motion [**ECF No. 29**] is **DENIED.**

2.     The hearing on Defendant's Motion [ECF No. 17] is **RESCHEDULED** for Friday, April 12, 2024, at 10:00 a.m.

3.     Ms. Aminov is **ORDERED** to appear in person at the April 12, 2024 hearing.

4.     Additional counsel (at least one attorney) from Tarter Krinsky & Drogin, LLP, must also appear in person at the April 12, 2024 hearing.  Counsel must comply

CASE NO.  0:23-cv-61743-LEIBOWITZ

with all Local Rules governing attorney admission to this Court (including, if applicable, admission *Pro Hac Vice*) and enter an appearance in this case prior to the April 12, 2024 hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 4th day of April, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

2