UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61743-LEIBOWITZ

**SNOGO, LLC**,

    *Plaintiff,*

v.

**EZ GO, LLC**,

    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the Motion for Reconsideration (the "Motion") [ECF No. 33], filed April 5, 2024, by Angelica T. Aminova, Esq. Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. In reliance upon the representations of Ms. Aminova, her current law firm, and her former law firm, the Motion **[ECF No. 33]** is **GRANTED**.

2. Within five (5) days of the entry of this Order, withdrawing counsel shall send to Defendant a copy of this Order and file a notice with the Court certifying same.

3. Angelica T. Aminova shall be relieved of all further responsibilities related to Defendant EZ Go, LLC in these proceedings and is excused from the Status Conference on April 12, 2024.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 6th day of April 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record