UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-61743-LEIBOWITZ

**SNOGO, LLC,**

    *Plaintiff,*

v.

**EZ GO, LLC,**

    *Defendant.*
_____/

## ORDER

The Court held a status conference in this case on Friday, April 12, 2024, at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 40]. The Court made rulings at the April 12, 2024 status conference which are memorialized in this Order. It is hereby

1. ORDERED that [**ECF No. 36**] is STRICKEN AS MOOT based on the representations made by counsel for Plaintiff and Defendants today. The parties represented that they will submit a Notice of Settlement resolving the motion for fees and costs **no later than Friday, April 26, 2024.**

2. ORDERED that Defendant shall submit its Answer to the Complaint [ECF No. 1] **no later than Friday, April 19, 2024.**

3. ORDERED that the parties shall file a Joint Proposed Scheduling Order setting forth their proposed schedule.

4. The parties shall file the Joint Proposed Scheduling Order **no later than Tuesday, April 23, 2024**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale this 12th day of April, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record