# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:23-cv-61743-LEIBOWITZ

**SNOGO, LLC,**

    *Plaintiff,*

v.

**EZ GO, LLC,**

    *Defendant.*

_____/

### NOTICE SETTING HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **Wednesday, May 1, 2024, at 10:00 a.m.** on Plaintiff's Motion for Preliminary Injunction [ECF No. 13]. Counsel of record must appear in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 12th day of April, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record